## 59406. RESPRESS v. THE STATE.

BANKE, Judge.

This appeal was filed more than two years after entry of the final judgment in the trial court. Furthermore, that judgment was previously appealed to this court and affirmed in *Respess [sic] v. State,* 145 Ga. App. 570 (244 SE2d 251) (1978). The state's motion to dismiss the appeal is accordingly granted.

*Appeal dismissed. McMurray, P. J., and Smith, J., concur.*

SUBMITTED FEBRUARY 4, 1980 — DECIDED FEBRUARY 6, 1980.

Leon Respress, *pro se.*

W. Donald Thompson, *District Attorney,* for appellee.